UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARIA CRAWFORD,** individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BOARD OF REGENTS OF GEORGETOWN UNIVERSITY;** and other affiliated entities and individuals,<br><br>Defendants. | Case No. 20-cv-1539 (CRC) |
| **STUDENT A,** individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GEORGETOWN UNIVERSITY,**<br><br>Defendant. | Case No. 20-cv-1886 (CRC) |

**ORDER**

Upon consideration of the Joint Stipulation and Motion to Consolidate Cases and File a Consolidated Amended Complaint, with good cause having been shown, it is hereby **ORDERED** that the motion be **GRANTED**; and it is further **ORDERED** that *Crawford v. Board of Regents of Georgetown University,* 1:20-cv-01539-CRC (D.D.C.) (filed June 11, 2020) and *Student A v. Georgetown University*, 1:20-cv-01886-CRC (D.D.C.) (filed May 15, 2020)[1] be consolidated under Federal Rule of Civil Procedure 42(a).  The lead case shall be the low-numbered *Crawford* Action.  The *Student A* Action will be administratively closed.

---

[1] *Student A* was transferred to this district from the District of New Jersey on July 7, 2020.

Plaintiffs shall file their Consolidated Amended Complaint, which shall include the Plaintiffs from the *Crawford* and *Student A* Actions, on or before August 20, 2020.  Upon the filing of the Consolidated Amended Complaint, Board of Regents of Georgetown University and Georgetown University shall be dismissed as defendants.  The President and Directors of Georgetown College shall be deemed to have accepted service upon the ECF filing of the Consolidated Amended Complaint.  Georgetown shall file an Answer to the Consolidated Amended Complaint on September 21, 2020.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

DATE: July 21, 2020