# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-7063**  **September Term, 2021**

**1:20-cv-01539-CRC**

**Filed On:** October 13, 2021

Daria Crawford, on behalf of herself and other individuals similarly situated and Ahmed Abdelhamid, individually and on behalf of all others similarly situated,

    Appellants

    v.

Presidents and Directors of Georgetown College,

    Appellee

**O R D E R**

Upon consideration of the stipulation of dismissal pursuant to Federal Rule of Appellate Procedure 42(b), it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Amanda Himes
Deputy Clerk